DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAFAEL M. NAVARRO**,
Appellant,

v.

**ENTERPRISE LEASING COMPANY OF FLORIDA, LLC,** et al.,
Appellee.

No. 4D21-2561

[May 4, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson; L.T. Case No. CACE19-002720.

Rafael M. Navarro, North Miami Beach, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***